IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MURPHY MURPHY AND MURPHY, P.C.  :
and ROBERT J. MURPHY
    Plaintiffs,                                       CIVIL ACTION
                                         :          NO. 19-0712
    v.

NATIONWIDE INSURANCE COMPANY   :
    Defendant.

# ORDER

AND NOW, this 5th day of June 2019, upon consideration of Plaintiffs' Motion to Remand (ECF No. 8) and Defendant's Opposition thereto (ECF No. 9), it is hereby ORDERED that said Motion is GRANTED in accordance with this Court's accompanying Memorandum.

It is further ORDERED as follows:

    (1) The Clerk of Court shall REMAND this matter to the Montgomery County Court of Common Pleas; and,

    (2) Defendant's Motion to Dismiss Bad Faith Claims (ECF No. 3) is DENIED as moot.

                                                          BY THE COURT:

                                                          /s/ C. Darnell Jones, II
                                                          _____
                                                          C. Darnell Jones, II   J.